UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>SHANNON, et. al.,<br><br>        Defendants.<br>_____/ | CV F   05 1513 AWI SMS P<br><br>ORDER DISREGARDING MOTION FOR CLARIFICATION OF DUPLICATE CASE NUMBERS (Doc. 6.) |

    Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on November 28, 2005, and returned a conformed copy to Plaintiff. The Court then issued a formal letter of notification informing Plaintiff of the new case number assigned to the case on November 30, 2005 and also included a consent form. Plaintiff subsequently filed a Motion asking for clarification as to why two identical case numbers were assigned to the case. Only one case number was assigned to the case. The return of a conformed copy was a courtesy to Plaintiff and reflected the assigned case number. The letter was solely a formal notification that the case number had been assigned and included direction on how Plaintiff was to identify his case in his pleadings. There has only been one case filed as is reflected by the case number assigned. Every court order and pleading submitted by Plaintiff should and will contain a reference to this number. This does not mean that duplicate documents are being filed just that all filings are to be related to this case.

1  Plaintiff is advised that Motions for clarification cause the court to expend a considerable
2  amount of judicial resources in educating and explaining things to Plaintiffs.  As such they are
3  disfavored.  The Court has literally hundreds upon hundreds of cases similar to Plaintiff's and
4  cannot answer every question by every party merely seeking clarification of routine orders or
5  procedures.

6  The Court HEREBY ORDERS the Motion for Clarification is DISREGARDED.

8  IT IS SO ORDERED.

9  **Dated:   January 24, 2006**           **/s/ Sandra M. Snyder**
   icido3                                  UNITED STATES MAGISTRATE JUDGE