1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RAYMOND WRIGHT, | CV F   05 1513 AWI SMS P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE OF CV F 05 1485 REC WMW P (Docs. 1) |
| SHANNON, et. al., | FINDINGS AND RECOMMENDATION THAT ALL PENDING MOTIONS BE DENIED AS |
| Defendants. | MOOT (Doc. 2, 5.) |

11

12

13

14

15

16

17      Raymond Wright ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

18  action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on November 28,

19  2005.

20      On December 23, 2005, Plaintiff filed a Motion requesting clarification of duplicate case

21  numbers in both cases.  In this action, the Court issued an Order disregarding the Motion for

22  Clarification as it appeared to the Court that Plaintiff mistakenly believed that the Court had

23  assigned the same case number to two separate cases but was merely referencing a conformed

24  copy of the Complaint filed in the instant action.  However, upon further review, it appears that

25  Plaintiff meant that two separate case numbers were assigned to the same Complaint.  A review

26  of the Court record reveals that Plaintiff is correct.

27      On November 22, 2005, Plaintiff filed a civil rights complaint which was assigned the

28  case no. CV F 05 1485 REC WMW P.  On November 28, 2005, the Court received and assigned

1

1  case no. CV F 05 1513 AWI SMS P to the instant case.   A review of the Complaints filed in

2  both of these actions reveals that the Complaints are identical.  As a result, the Court will

3  recommend the dismissal of the instant action as it was filed subsequent to the identical

4  Complaint filed on November 22, 2005, and assigned case no. CV F 05-1485 REC WMW P.

5                                                     RECOMMENDATION

6              Accordingly, the Court RECOMMENDS that the instant action, CV F 05 1513 AWI

7  SMS P, be DISMISSED as duplicative of case no. CV F 05 1485 REC WMW P.  The Court also

8  recommends that all pending Motions be denied as moot.[1]

9              The Court HEREBY ORDERS that these Findings and Recommendations be submitted

10  to the United States District Court Judge assigned to this action pursuant to the provisions of 28

11  U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States

12  District Court, Eastern District of California.  Within FIFTEEN (15) days after being served with

13  a copy of these Findings and Recommendations, any party may file written Objections with the

14  Court and serve a copy on all parties.  Such a document should be captioned "Objections to

15  Magistrate Judge's Findings and Recommendations."  Replies to the Objections shall be served

16  and filed within TEN (10) court days (plus three days if served by mail) after service of the

17  Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.

18  § 636 (b)(1)(C). The parties are advised that failure to file Objections within the specified time

19  may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153

20  (9th Cir. 1991).

21  IT IS SO ORDERED.

22  **Dated:    February 7, 2006**                          **/s/ Sandra M. Snyder**
    icido3                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
    ―――――――――――――――
    [1]Currently pending are two Motions to Proceed In Forma Pauperis.  (Docs. 2, 5.)