UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>SHANNON, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01513-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10)<br><br>**ORDER DISMISSING ACTION AS DUPLICATIVE**<br><br>**ORDER DENYING ALL PENDING MOTIONS AS MOOT** (Doc. 2, 5) |

    Plaintiff, Raymond Wright ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 8, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 8, 2006, are ADOPTED IN FULL;

2. The instant action is DISMISSED as duplicative of Case No. 1:05-cv-01485-REC-WMW-P; and,

3. All pending motions are DENIED as MOOT

4. The Clerk of Court is DIRECTED to terminate this action.

IT IS SO ORDERED.

Dated:     March 3, 2006                       /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE